Charlie Williams, Plaintiff in Error, v. The State of Florida, Defendant in Error.

Writ of Error to a Judgment of the Circuit Court for Duval County.

Writ of Error dismissed on motion of Attorney General.

No appearance for Plaintiff in Error;

T. F. West, Attorney General, for the State.

---

William Jackson, Plaintiff in Error, v. The State of Florida, Defendant in Error.

Writ of Error to a Judgment of the Circuit Court for Seminole County.

Writ of Error dismissed on motion of Attorney General.

No appearance for Plaintiff in Error;

T. F. West, Attorney General, for the State.

---

State *ex rel.*, W. L. Murrell, et al., Relators, v. J. L. Hackney, *et al.*, Respondents.

Original Proceeding.

Petition for an alternative writ of mandamus denied by the Court.

Augustus Wingood, for Relators.